UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:11-CR-81 |
| | ) | |
| RODNEY E. TULLOCK | ) | |

### **O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated December 7, 2011. [Doc. 349]. The Magistrate Judge recommends that the defendant's motion to suppress his statements given to law enforcement be denied. The defendant has filed an objection to this Report and Recommendation. [Doc. 381].

After careful *de novo* consideration of the Report and Recommendation of the United States Magistrate Judge, the transcript of the hearing on December 7, 2011, the defendant's objection to the Report and Recommendation, the defendant's motion to suppress, the response of the government, and for the reasons set out in the Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation is **ADOPTED** and **APPROVED**, and that the defendant's motion to suppress is **DENIED.** [Doc. 265].

ENTER:

                                              s/J. RONNIE GREER
                                   UNITED STATES DISTRICT JUDGE