1        UNITED STATES DISTRICT COURT

2        EASTERN DISTRICT OF TENNESSEE

3               AT GREENEVILLE

4

5   UNITED STATES OF AMERICA,

6

7            PLAINTIFF,

8

9   VS                        NO:  2:11-CR-81

10

11  WILLIAM H. MCMAHAN, JR

12  ET AL,

13

14            DEFENDANTS.

15

16

17        INITIAL APPEARANCE & ARRAIGNMENT

18      HONORABLE DENNIS H. INMAN, PRESIDING

19        AS HEARD ON SEPTEMBER 16, 2011

20

21

22

23

24

25

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

```
1    APPEARANCES:

2    THE GOVERNMENT:          CARYN L. HEBETS, ESQ.

3

4    FOR DEFENDANTS:

5    BUFORD W. ROGERS:        TIM S. MOORE, ESQ.

6    LEE R. SHARP:            ANDREA MOHR, ESQ.

7    RICHARD H. BLACK:        KARMEN .L WATERS, ESQ.

8    JOYCE A. ROBERTS:        JEFFERSON B. FAIRCHILD, ESQ.

9    VICTOR L. LOVEDAY, SR.:  JOSEPH W. RASNIC, ESQ.

10   DANNY L. RICHARDSON:     SANDRA B. JELOVSEK, ESQ.

11   ROBBIE L. LANGFORD:      J. MATTHEW BOLTON, ESQ.

12   CHARLES T. PARKER:       ROBERT B. DICKERT, ESQ.

13   JAYSON D. COX:           GUY W. BLACKWELL, ESQ.

14   VICTOR L. LOVEDAY, JR.:  JERRY L. FABUS, ESQ.

15   GARY L. BRIDGES:         CASEY A. SEARS, ESQ.

16   TERRY W. MILLER:         CHARLES R. MARTIN, ESQ.

17   MELONIE A. MONTANARO:    DONALD E. SPURRELL, ESQ.

18   BRANDON L. MILLER:       MARK S. HANOR, ESQ.

19   RODNEY E. TULLOCK:       ERIC REACH, ESQ.

20

21

22

23

24

25
```

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1          This cause came on to be heard on this the

2   16th of September, 2011 in the United States District

3   Court, Eastern District of Tennessee at Greeneville,

4   before the Honorable Dennis H. Inman.  Present and

5   representing The Government was Ms. Caryn L. Hebets.

6   Counsel for Defendants are present via conference call

7   and in Courtroom.  Recording not taken by Barringer

8   Court Reporting.

9

10         The following matters were presented,

11  to-wit:

12

13         CLERK:  ...Victor L. Loveday, Sr., Danny L.

14  Richardson, Robbie L. Langford, Charles T. Parker,

15  Jayson D. Cox, Victor L. Loveday, Jr., Gary L. Bridges,

16  Terry W. Miller, Melonie A. Montanaro, Brandon L.

17  Miller, Rodney E. Tullock.

18         THE COURT:  I'm going to try whatever they

19  said on that.  Let's just go for it.

20         CLERK:  Attorneys on the phone, I'm going to

21  try something.  If you get cut off, please call back.

22  Is everyone still there?

23         THE COURT:  Swear all the Defendants.

24

25  (DEFENDANTS WERE SWORN)

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1     THE COURT:  When I call your name, please

2   raise your hand so I know where you are, please?

3   Buford Rodgers?  Mr. Rogers, how old are you?

4     MR. ROGERS:  (Inaudible).

5     THE COURT:  How much education do you have?

6     MR. ROGERS:  (Inaudible).

7     THE COURT:  Any psychological or mental

8   problems that could possibly interfere with your

9   ability to understand me this morning?

10    MR. ROGERS:  No.

11    THE COURT:  Alright.  Thank you.  Lee Sharp?

12  Mr. Sharp, how old are you, please?

13    MR. SHARP:  Fifty six.

14    THE COURT:  Education?

15    MR. SHARP:  Eighth grade, grammar school.

16    THE COURT:  Okay.  Can you read and write?

17    MR. SHARP:  I can write (inaudible), I can

18  read some things.

19    THE COURT:  Read some things?

20    MR. SHARP:  Yes.

21    THE COURT:  Got any psychological or mental

22  problems?

23    MR. SHARP:  High blood pressure.

24    THE COURT:  Just high blood pressure, okay.

25  As far as your reading and writing is concerned, as

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

long, as far as having a conversation with me like you and I are having right now, got any problems understanding me?

        MR. SHARP:  No, I wouldn't think so.

        THE COURT:  Okay.  Thank you.  Richard Black? How old are you?

        MR. BLACK:  Forty five.

        THE COURT:  Education?

        MR. BLACK:  Tenth grade.

        THE COURT:  Any psychological, mental or emotional problems?

        MR. BLACK:  Yes.

        THE COURT:  What?

        MR. BLACK:  PTSD.

        THE COURT:  Okay.  Do you take medication for it?

        MR. BLACK:  Yes.

        THE COURT:  What?

        MR. BLACK:  (Inaudible).

        THE COURT:  How much?

        MR. BLACK:  Prozac.

        THE COURT:  Prozac?  Anything about your condition or the medication that you take for it that could possibly interfere with your ability to understand me this morning?  He says no.  Okay.  Ms.

1    Joyce Roberts?  How old are you?

2             MS. ROBERTS:  (Inaudible).

3             THE COURT:  How much education?

4             MS. ROBERTS:  I went to high school.

5             THE COURT:  Any psychological, mental or

6    emotional problems?

7             MS. ROBERTS:  No.

8             THE COURT:  Any reason that you could think

9    of that you would not be able to understand me this

10   morning?  Alright.  Victor Loveday, Sr.?  Mr. Loveday,

11   how old are you, please?

12            MR. LOVEDAY, SR.:  Fifty seven.

13            THE COURT:  Education?

14            MR. LOVEDAY, SR.:  Sixteen.

15            THE COURT:  You graduated from college?

16            MR. LOVEDAY, SR.:  Senior year.

17            THE COURT:  Alright.  Any psychological,

18   mental or emotional problems?

19            MR. LOVEDAY, SR.:  No.

20            THE COURT:  You believe you'll be able to

21   understand me this morning?

22            MR. LOVEDAY, SR.:  Yes.

23            THE COURT:  Alright.  Mr. Danny Richardson?

24   How old are you, please?

25            MR. RICHARDSON:  Twenty eight.

1    THE COURT:  Education?

2    MR. RICHARDSON:  (Inaudible) high school.

3    THE COURT:  Any psychological, mental or

4    emotional problems?

5    MR. RICHARDSON:  No.

6    THE COURT:  Will you be able to understand me

7    this morning?

8    MR. RICHARDSON:  Yes, Sir.

9    THE COURT:  Alright.  Mr. Robbie Langford?

10   MR. LANGFORD:  Yes, Sir.

11   THE COURT:  How old are you?

12   MR. LANGFORD:  Thirty.

13   THE COURT:  Education?

14   MR. LANGFORD:  Twelve.

15   THE COURT:  Any psychological, mental or

16   emotional problems of any kind?

17   MR. LANGFORD:  No, Sir.

18   THE COURT:  Alright.  Mr. Charles Parker?

19   How old are you?

20   MR. PARKER:  Thirty five.

21   THE COURT:  Education?

22   MR. PARKER:  Eleven.

23   THE COURT:  Any psychological, mental or

24   emotion problems in your history?

25   MR. PARKER:  No, Sir.

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1       THE COURT:  Will you be able to understand me
2   this morning alright?
3       MR. PARKER:  Yes, Sir.
4       THE COURT:  Alright.  Jayson Cox?  How old
5   are you?
6       MR. COX:  Thirty five.
7       THE COURT:  How much education do you have?
8       MR. COX:  High school diploma.
9       THE COURT:  Okay.  Any psychological, mental
10  or emotional problems?
11      MR. COX:  No, Sir.
12      THE COURT:  Think you'll be able to
13  understand me this morning?
14      MR. COX:  Yes, Sir.
15      THE COURT:  Mr. Loveday, Jr.?  How old are
16  you?
17      MR. LOVEDAY, JR.:  Thirty one.
18      THE COURT:  How much education do you have?
19      MR. LOVEDAY, JR.:  GED.
20      THE COURT:  Alright.  Any psychological,
21  mental or emotional problems?
22      MR. LOVEDAY, JR.:  No, Sir.
23      THE COURT:  Alright.  Mr. Gary Bridges?  How
24  old are you?
25      MR. BRIDGES:  Fifty one.

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1    THE COURT:  How much education?

2    MR. BRIDGES:  Seventh grade.

3    THE COURT:  Okay.  Can you read and write

4    okay?

5    MR. BRIDGES:  Fair.

6    THE COURT:  Fair?  Got any psychological,

7    mental problems?

8    MR. BRIDGES:  No.

9    THE COURT:  Alright.  As far as having a

10   conversation, listening to people explain things like

11   I'm hopefully going to explain to all of you here in a

12   few minutes what you're charged with and what the

13   punishment could be and rights you have, you think

14   you'll be able to understand all that?

15   MR. BRIDGES:  Yes.

16   THE COURT:  Understand all that alright?

17   MR. BRIDGES:  Yes.

18   THE COURT:  Alright.  Mr. Terry Miller?  How

19   old are you?

20   MR. T. MILLER:  Fifty seven.

21   THE COURT:  How much education?

22   MR. T. MILLER:  Twelve.

23   THE COURT:  Any psychological, mental or

24   emotional problems?

25   MR. T. MILLER:  No.

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1            THE COURT:  Will you be able to understand me

2   this morning?

3            MR. T. MILLER:  Yes.

4            THE COURT:  Alright.  Ms. Melonie Montanaro?

5            MS. MONTANARO:  Yes, Sir.

6            THE COURT:  How old are you?

7            MS. MONTANARO:  Twenty five.

8            THE COURT:  How much education?

9            MS. MONTANARO:  Graduated high school.

10           THE COURT:  Psychological, mental or

11   emotional problems?

12           MS. MONTANARO:  No, Sir.

13           THE COURT:  Will you be able to understand me

14   this morning?

15           MS. MONTANARO:  Yes, Sir.

16           THE COURT:  Mr. Brandon Miller?

17           MR. B. MILLER:  Yes, Sir.

18           THE COURT:  How old are you?

19           MR. B. MILLER:  Twenty five.

20           THE COURT:  How much education do you have?

21           MR. B. MILLER:  Graduated high school.

22           THE COURT:  Any psychological, mental or

23   emotional problems?

24           MR. B. MILLER:  No.

25           THE COURT:  Will you be able to understand me

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

this morning?

MR. B. MILLER:  Yes, Sir.

THE COURT:  Mr. Tullock?

MR. TULLOCK:  Yes, Sir.

THE COURT:  How old are you?

MR. TULLOCK:  Forty five.

THE COURT:  How much education?

MR. TULLOCK:  Ninth.

THE COURT:  Any psychological, mental or emotional problems?

MR. TULLOCK:  No.

THE COURT:  Where did you grow up?

MR. TULLOCK:  Right here in Greene County.

THE COURT:  Greene County?  Alright.  All of you have been indicted by a Federal Grand Jury and charged with certain Federal crimes.  Right now in a minute I am going to go over what you are charged with and tell you what the punishment could be if you were convicted on any of these charges.  I want each of you to remember that you do have a Constitutional Right to remain silent.  The Government must prove that you are guilty and in fact prove that you are guilty beyond a reasonable doubt.  You do not have to prove that you are innocent which means that you can rely upon your right to remain silent and The Government has got to

prove you are guilty with what proof it can muster and
put together without you having to help The Government.
Of course, you also need to recall that if you give up
that Constitutional Right to remain silent and if you
talk about the charges, either intentionally or because
you blurt something out unthinkingly, it is perfectly
permissible for The Government to use what you say
against you as part of it's proof as it tries to prove
that you are guilty.  My best suggestion to you is that
before you talk about the charges you always talk to
your lawyer beforehand and get his or her advice.  So
with that said, here we go.  Several of these counts
charge the people named in those counts with a
conspiracy.  A conspiracy is a plan or an agreement
between two or more people to commit a crime.  It is a
plan to commit a crime.  This is what the first count
charges.  This count says that between January of '03
up through September the 13th, 2011 the following
people conspired among themselves to distribute and to
possess with the intent to distribute 1,000 kilograms
or more of marijuana.  Those people are Mr. William
McMahan, Buford Rogers, Lee Sharp, Rodney Settles,
Audrey Jinks, Richard Black, Joyce Roberts, Victor
Loveday, Danny Richardson, Robbie Langford, Charles
Parker, Dallas Parsley, Billy Gibson, Jayson Cox and

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1   Victor Loveday, Jr.  The punishment if you are

2   convicted is a minimum and mandatory ten years in the

3   penitentiary, up to and possibility of the rest of your

4   life, a $10,000,000.00 fine and five years on

5   supervised release.  Count two as far as the people

6   here are concerned charges Mr. Sharp, what's the status

7   of the remaining Defendants?

8           MS. HEBETS:  Your Honor, there are several

9   Defendants who have not yet been arrested.

10          THE COURT:  And aren't in custody some place?

11          MS. HEBETS:  There is one who is not arrested

12   and not in custody some place.

13          THE COURT: Alright.  Mr. Bridges, Mr. Sharp,

14   I think that's all, conspired between January 1st, 2004

15   and September the 13th, 2011 to distribute and to

16   possess with the intent to distribute five kilograms or

17   more of cocaine.  The punishment for that is minimum

18   mandatory ten years in the penitentiary up to a

19   possibility of life, a $10,000,000.00 fine and five

20   years on supervised release.  Count three applies to

21   Mr. Tullock, Mr. Miller, Ms. Montanaro, Mr. Terry

22   Miller as far as the people here are concerned.  This

23   count charges the people I just named with conspiring

24   to distribute and possess with the intent to distribute

25   oxycodone.  Punishment upon conviction of count three

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

is up to 20 years and $1,000,000.00 fine and three years on supervised release. Count four applies to Mr. Sharp, Mr. Bridges and Mr. Parker. Once again it is a conspiracy count, this count charges that between January '09 and September the 13th of '11 the people I just named conspired among themselves to conduct, attempt to conduct financial transactions affecting interstate commerce. Those transactions involved the proceeds of unlawful activity, mainly the conspiracies to distribute 1,000 kilos of marijuana and five kilos or more of cocaine and that those transactions were conducted knowing that the property involved in those transactions represented the proceeds of the unlawful activity. That is a long way of saying that you are charged with conspiring to launder money. Punishment upon conviction of that count is up to a maximum of 20 years in prison, a half million dollar fine or twice the amount of the money involved in the transactions, whichever is greater and three years on supervised release. Count four applies to Mr. Loveday, Jr. Mr. Loveday, this count says that on May the 4th, 2009 that you distributed some amount of marijuana. Punishment for that is up to five years and a quarter million dollar fine and two years on supervised release. Count six, Mr. Loveday, Jr. says that you did the same thing

**Barringer Court Reporting**
**P.O. Box 8035, Gray, TN - 423-477-7844**

but on another date, May the 6th, 2009.  Punishment is
the same.  Count seven, Mr. Loveday, Jr. says that you
did the same thing two days later on May the 8th of
'09, punishment is the same.  Count eight applies to
Mr. Loveday, Sr.  This count alleges that on July the
24th, Mr. Loveday, Sr. distributed some amount of
marijuana.  Punishment is up to five years and a
quarter million dollar fine and two years on supervised
release.  Count nine, Mr. Loveday, Sr., says that you
did the same thing on August the 5th of '09, punishment
is the same.  Ten does not apply to anyone here, count
11, no.  Count 12, Mr. Langford, applies to you, it
says that on October the 15th of '09 that you
distributed some amount of marijuana.  The punishment
is up to five years, quarter million dollar fine, two
years on supervised release.  Count 14 applies to
Richard Black.  Mr. Black, this count says that on
November 4th of '09 that you possessed marijuana with
the ultimate intent to distribute that marijuana.  The
punishment is up a maximum of five years, quarter
million dollar fine and two years on supervised
release.  Count 15 applies to Danny Richardson.  This
count says that on November the 4th of '09 that Mr.
Richardson possessed some amount of marijuana with the
intent to distribute it.  The punishment again is up to

five years, quarter million dollar fine and two years
on supervised release.  Count 16 applies to Robbie
Langford.  It alleges that on December the 30th of '09
that Mr. Langford distributed some amount of marijuana.
The punishment is up to five years, quarter million
dollar fine and two years supervised release.  Count 17
applies to Jayson Cox.  This count alleges that on
January that 31st of 2010 that Mr. Cox distributed some
amount of marijuana, punishment is up to five years and
a quarter million dollar fine and two years on
supervised release.  Count 18 applies to Mr. Charles
Parker which alleges that on March the 15th, 2010, Mr.
Parker distributed some amount of marijuana, punishment
is up to five years and quarter million in fines and
two years on supervised release.  Nineteen applies to
Mr. Richard Black.  It alleges that Mr. Black
distributed, excuse me, possessed some amount of
marijuana with the intent to distribute it on March the
15th, 2010.  Punishment is up to five, quarter million
in fines, two years on supervised release.  Count 20
applies to Mr. Richardson, it says that on March 15th,
Mr. Richardson possessed some amount of marijuana with
the intent to distribute it on March the 15th, 2010.
Count 21 applies to Mr. Tullock.  This count says that
on April 21, 2010 that Mr. Tullock possessed some

amount of oxycodone with the intent to distribute it,
punishment upon conviction, Mr. Tullock, is up to a
maximum of 20 years and $1,000,000.00 fine and three
years on supervised release.  Mr. Sharp, count 22
applies to you.  It says that on April the 26th, 2010
that you distributed 500 or more grams of cocaine.

          MS. HEBETS:  Your Honor, count 22 also
applies to Mr. Bridges.

          THE COURT:  Thank you, and Mr. Bridges, so
Mr. Sharp and Bridges, 500 grams or more of cocaine, if
you are convicted, Mr. Sharp and Mr. Bridges, the
punishment is a minimum and mandatory of five years up
to a possible maximum of 40 years, a $5,000,000.00 fine
and three years on supervised release.  Mr. Rogers,
count 24 applies to you.  It says that on November the
30th, 2010 that you distributed some amount of
marijuana, punishment is up to five years, quarter
million dollar fine and two years on supervised
release.  Mr. Rogers, count 25 applies to you and
charges you with the same thing except it said you
distributed, it does not excuse me.  It says that on
May the 1st, 2010 that you possessed with the intent to
distribute 100 kilograms or more of marijuana.
(Inaudible) punishment on that.

          MS. HEBETS:  Your Honor, it's a minimum of

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1  five years, up to 40, $5,000,000.00 fine and supervised

2  release for at least four years.

3  THE COURT:  Cheat sheet is wrong there.

4  Okay.  Mr. Rogers, May 1st, 2010 so says count 25, you

5  possessed 100 kilos or more of marijuana with the

6  intent to distribute it.  If you are convicted the

7  punishment is a minimum mandatory five years up to a

8  possible maximum of 40, $5,000,000.00 in fines and four

9  years on supervised release.  Mr. Miller, Brandon

10  Miller, count 43 applies to you, it says that on

11  November the 12th of 2010 that you possessed some

12  oxycodone with the intent to distribute it.  Punishment

13  for that is up to a maximum of 20 years, a

14  $1,000,000.00 fine and three years on supervised

15  release.  Is that it?

16  MR. HEBETS:  Yes, Your Honor.

17  THE COURT:  Now then, Defendants, anyone got

18  any question about what any one of you is charged with

19  and what the punishment could be if convicted?  You and

20  your attorneys can go over this in more detail at your

21  leisure, of course, but I will be happy to answer any

22  questions any of you have now if in fact you have any.

23  Alright.  Let's talk about lawyers.  Mr. Rogers, do you

24  want a lawyer?

25  MR. ROGERS:  Yes.

Case 2:11-cr-00081-JRG-MCLC  Document 729  Filed 02/07/13  Page 18 of 48  PageID #: 4514

1    THE COURT:  Can you afford one yourself?

2    MR. ROGERS:  Not at the present time,

3    possibly I could later.

4    THE COURT:  Well, what's different about

5    later from now?

6    MR. ROGERS:  My wife could borrow money for

7    me to get a lawyer.

8    THE COURT:  Okay.  Well, Mr. Rogers, let me

9    make a suggestion to you?  You need a lawyer now and

10   whether or not your wife can borrow the money necessary

11   for you to hire a lawyer is, who knows.  It's my

12   suggestion to you that you allow me to appoint a lawyer

13   for you now and if later your wife is able to hire a

14   lawyer that lawyer can take the place of the lawyer I

15   appoint, does that suit you?

16   MR. ROGERS:  Yes, Sir.

17   THE COURT:  Mr. Rogers, is this financial

18   Affidavit you filled out a while ago correct?

19   MR. ROGERS:  Close.

20   THE COURT:  Well, like the old joke says,

21   that only applies in hand grenades.  What, what's not

22   accurate about it?

23   MR. ROGERS:  (Inaudible).

24   THE COURT:  Okay.  Other than that variance

25   it's accurate?

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1          MR. ROGERS:  (Inaudible).

2          THE COURT:  Alright.  Mr. Rogers, I'm

3    appointing the Federal Defender to represent you,

4    that's Mr. Tim Moore who is one of the Federal

5    Defenders here in Greeneville.  Mr. Sharp, I'm advised

6    that you've hired a lawyer?

7          MR. SHARP:  (Inaudible).

8          MS. MOHR:  (Inaudible), my name is Andrea

9    Mohr an associate of his office.

10         THE COURT:  Mr. Greg Isaacs should be...?

11         MS. MOHR:  He actually had a conflict with a

12   case that was...

13         THE COURT:  That's not a problem, but he

14   should be entered as Attorney on record?

15         MS. MOHR:  Yes.

16         THE COURT:  That will be fine, thank you.

17         MS. MOHR:  Thank you.

18         THE COURT:  Mr. Black, do you want a lawyer?

19         MR. BLACK:  Yes, Sir.

20         THE COURT:  Can you afford one?  Is this

21   financial Affidavit you filled out correct?

22         MR. BLACK:  Yes.

23         THE COURT:  Okay.  All of these lawyers that

24   I will be appointing, and I'm talking to all Defendants

25   now, are members of the Criminal Justice Act CJA Panel

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

of this Court.  Meaning that they have been approved by

the Judges of this Court to represent Defendants

charged in Federal Court with Federal crimes.  Ms.

Karmen Waters is one of those lawyers.  Is Karmen here

or is she on the phone?

MS. WATERS:  Yes, I'm here.  I can hear you,

Your Honor.

THE COURT:  You're virtually here?

MS. WATERS:  I'm virtually there.

THE COURT:  Okay.  Mr. Black, Ms. Karmen

Waters is your attorney.  She's on the telephone

listening.  Ms. Roberts, do you want a lawyer?

MS. ROBERTS:  Yes.

THE COURT:  Can you afford one?

MS. ROBERTS:  No.

THE COURT:  Do you want me to appoint one for

you?  Is your financial Affidavit correct?

MS. ROBERTS:  Yes, Sir.

THE COURT:  You married?

MS. ROBERTS:  No, Sir.

THE COURT:  Single?  This house in Newport,

are you the sole owner of it?

MS. ROBERTS:  Yes.

THE COURT:  And it has, the outstanding

mortgage against it is $26,000.00?

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1      MS. ROBERTS:  Yes.

2      THE COURT:  Okay.  Alright.  Ms. Roberts,

3  here is, you're one of those folks that I have to deal

4  with every once in a while that present a problem.

5  You've got assets with which to pay a lawyer.  You've

6  got close to $50,000.00 in equity in that house in

7  Newport, trouble is it's not liquid, you can't get at

8  it.  It's tied up in the house and you have no cash

9  assets.  So what I propose doing, Ms. Roberts, I will

10  appoint a CJA Panel lawyer for you but I also will

11  impose a lien on your property there in Newport that

12  will be used, liquidated if necessary, to defray wholly

13  or in part the cost of your CJA lawyer.  You've got too

14  much property, Ms. Roberts, for the tax payers to pay

15  for the cost of your Defense.  Do you understand what

16  I'm going to do?

17      MS. ROBERTS:  Yes.

18      THE COURT:  You're attorney is Mr. Jefferson

19  Fairchild, his office is in Rogersville.  Mr.

20  Fairchild, are you on the phone with us?

21      MR. FAIRCHILD:  Yes, Your Honor.

22      THE COURT:  Alright.  Mr. Loveday, do you

23  want a lawyer?

24      MR. LOVEDAY, SR.:  Yes.

25      THE COURT:  Can you afford one?

**Barringer Court Reporting**
**P.O. Box 8035, Gray, TN - 423-477-7844**

1           MR. LOVEDAY, SR.:  No.

2           THE COURT:  Is your financial Affidavit

3  correct?

4           MR. LOVEDAY, SR.:  Yes.

5           THE COURT:  Well, deja vu all over again.

6  You own property over there in Cocke County with your

7  sister?

8           MR. LOVEDAY, SR.:  Blount County.

9           THE COURT:  Blount County?  How many acres?

10          MR. LOVEDAY, SR.:  (Inaudible).

11          THE COURT:  It has a house on it?

12          MR. LOVEDAY, SR.:  Yes.

13          THE COURT:  You figure it's worth $75,000.00?

14          MR. LOVEDAY, SR.:  (Inaudible).

15          THE COURT:  You and your sister inherit it?

16          MR. LOVEDAY, SR.:  Yes.

17          THE COURT:  No mortgage on it?

18          MR. LOVEDAY, SR.:  No, Sir.

19          THE COURT:  Okay.  Mr. Loveday, I propose

20  doing the same thing with respect to your interest in

21  that property that I talked to Ms. Roberts about.  I'll

22  appoint a lawyer for you but I'm also going to impress

23  a lien on your interest on that property over there to

24  at least defray the cost of your Court appointed

25  counsel.

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1    MR. LOVEDAY, SR.:  (Inaudible) property bond.

2    THE COURT:  Property bond?

3    MR. LOVEDAY, SR.:  Yes.

4    THE COURT:  You talking about a bail bond?

5    MR. LOVEDAY, SR.:  Yes.

6    THE COURT:  State Court?

7    MR. LOVEDAY, SR.:  Yes.

8    THE COURT:  Well...

9    MR. LOVEDAY, SR.:  (Inaudible).

10   THE COURT:  Mr. Rasnic?

11   MR. RASNIC:  Yes, Sir.

12   THE COURT:  You there?

13   MR. RASNIC:  I'm here, Your Honor.

14   THE COURT:  Okay.  I'm going, you're

15   appointed to represent Mr. Loveday, Sr.  You heard what

16   I said about impressing a lien on the property,

17   correct?

18   MR. RASNIC:  Yes, Sir.  I did.

19   THE COURT:  Mr. Richardson?

20   MR. RICHARDSON:  Yes, Sir.

21   THE COURT:  Do you want a lawyer?

22   MR. RICHARDSON:  Yes, Sir.

23   THE COURT:  Can you afford one?  I this

24   financial Affidavit correct?  Ms. Jelovsek, are you on

25   the phone with us?

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1    MS. JELOVSEK: Yes, Sir. I am.

2    THE COURT: Alright. Ms. Jelovsek, you're

3  appointed to represent Mr. Richardson. Let's see,

4  let's back up here just a moment for the sake of the

5  lawyers. Marshals, where is Mr. Rogers going to be

6  housed? The lawyers are going to want to know. What

7  about Mr. Sharp?

8    MARSHAL: Greene County, Your Honor.

9    THE COURT: Are all of them Greene County?

10    MARSHAL: No, Sir. The ones in the solid

11  blue or the stripes are Greene County. Everybody else

12  is Washington County.

13    THE COURT: Okay. Let's say it out loud

14  because we got people that can't see including me.

15  Richard Black?

16    MARSHAL: Washington.

17    THE COURT: Washington. Joyce Roberts?

18    MARSHAL: Greene.

19    THE COURT: Greene County. Victor Loveday,

20  Sr.?

21    MARSHAL: Washington.

22    THE COURT: And Mr. Danny Richardson?

23    MARSHAL: Greene.

24    THE COURT: Greene County. Okay. Thank you.

25  That brings us to Mr. Robbie Langford, Mr. Langford, do

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1    you want a lawyer?  Can you afford one?

2           MR. LANGFORD:  (Inaudible).

3           THE COURT:  Well, you're perfectly entitled

4    to do that but like I told Mr. Rogers at the outset,

5    could I respectfully suggest to you that you allow me

6    to appoint a lawyer for you now.  If you hire one later

7    then...

8           MR. LANGFORD:  Yes, Sir.

9           THE COURT:  Okay.  Is your financial

10    Affidavit correct?

11           MR. LANGFORD:  Yes, Sir.

12           THE COURT:  Where is Mr. Langford housed?

13           MARSHAL:  Greene County.

14           THE COURT:  Greene County, thank you.  Oh,

15    and I appointed Mr. Bolton to represent you, Mr.

16    Langford, I'm sorry.  Mr. Bolton, are you on the phone?

17           MR. BOLTON:  I am.

18           THE COURT:  Okay.  Did you hear that about

19    him being housed in Greene County?

20           MR. BOLTON:  Yes, Sir.  I do.

21           THE COURT:  Mr. Parker, do you want a lawyer?

22           MR. PARKER:  Yes, Sir.

23           THE COURT:  Can you afford one?  Alright.  Is

24    your financial Affidavit correct?  I'm appointing Mr.

25    Robert Dickert to represent you.  And where is Mr.

1    Parker residing?

2         MARSHAL:  Greene County.

3         THE COURT:  Greene County.  Mr. Dickert, are

4    you with us?

5         MR. DICKERT:  Yes, Sir.

6         THE COURT:  Oh, he's present.  Where are you?

7         MR. DICKERT:  Right here.

8         THE COURT:  Okay.  Got you.  Alright.  Mr.

9    Cox, do you want a lawyer?

10        MR. COX:  Yes, Sir.

11        THE COURT:  Can you afford one?

12        MR. COX:  No, Sir.

13        THE COURT:  Is your financial Affidavit

14   correct?

15        MR. COX:  Yes, Sir.

16        THE COURT:  Okay.  I'm appointing Mr. Guy

17   Blackwell and I think he is on the telephone, are you

18   not, Mr. Blackwell?

19        MR. BLACKWELL:  I am, Your Honor, good

20   morning.

21        THE COURT:  Good morning.  And where is Mr.

22   Cox housed?

23        MARSHAL:  Washington.

24        THE COURT:  Washington, your lucky day Guy

25   Blackwell.

**Barringer Court Reporting**
**P.O. Box 8035, Gray, TN - 423-477-7844**

1           MR. BLACKWELL:  Yes, Sir.

2           THE COURT:  Mr. Victor Loveday, Jr., do you

3       want a lawyer?

4           MR. LOVEDAY, JR.: Yes, Sir.

5           THE COURT:  Where are you?  I've lost you

6       again, there you are.  Can you afford one yourself?

7           MR. LOVEDAY, JR.:  No, Sir.

8           THE COURT:  Is your financial Affidavit

9       correct?

10          MR. LOVEDAY, JR.:  Yes, Sir.

11          THE COURT:  Mr. Loveday, I'm appointing Mr.

12      Jerry Fabus to represent you.  Is Jerry on the phone?

13      No, he's here.  There he is.  Dave (inaudible), are you

14      on the phone?  That answers that question, okay.  Okay.

15      Mr. Bridges, do you want a lawyer?

16          MR. BRIDGES:  Yes, Sir.

17          THE COURT:  Can you afford one yourself?

18          MR. BRIDGES:  No, Sir.

19          THE COURT:  Is your Affidavit correct?

20          MR. BRIDGES:  Yes, Sir.

21          THE COURT:  Mr. Sears, I think you're in the

22      Courtroom, aren't you?  There he is.  That's your

23      lawyer, Mr. Casey Sears.  And where is Mr. Bridges

24      housed?

25          MARSHAL:  Washington.

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1         THE COURT:  Terry Miller, do you want a

2 lawyer?

3         MR. T. MILLER:  Yes, Sir.

4         THE COURT:  Can you afford one?

5         MR. T. MILLER:  No.

6         THE COURT:  Do you want me to appoint a

7 lawyer for you?  Is your Affidavit correct?

8         MR. T. MILLER:  yes.

9         THE COURT:  Charles Martin is on the

10 telephone, I believe, is that right?

11         MR. MARTIN:  That is correct, Your Honor.

12         THE COURT:  Okay.  Mr. Charles Martin is your

13 attorney Mr. Miller.  Where is Mr. Miller?

14         MARSHAL:  Washington.

15         THE COURT:  Washington County, thank you.

16         MR. MARTIN:  Thank you, Your Honor.

17         THE COURT:  Ms. Montanaro?

18         MS. MONTANARO:  Yes, Sir.

19         THE COURT:  Do you want a lawyer?

20         MS. MONTANARO:  Yes, Sir.

21         THE COURT:  Can you afford one?

22         MS. MONTANARO:  No, Sir.

23         THE COURT:  I've got a sticky note that says,

24 "Retained," where did that come from?

25         CLERK:  (Inaudible).

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1    MS. HEBETS:  Your Honor, I had a call from

2    Dillard (phonetically), and Tom Dillard's law office in

3    Knoxville asking for information about Ms. Montanaro

4    and indicating that he was going to represent her.

5    But...

6    THE COURT:  Do you know anything about Mr.

7    Ton Dillard?

8    MR. MONTANARO:  Yes, my mother called him but

9    I didn't know if she got ahold of him so that's why I

10   didn't...

11   THE COURT:  Officer Dedrick says no, the

12   eternal pessimist.

13   OFFICER DEDRICK:  I'm sorry, I talked to the

14   mother and she has not retained Mr. Dillard.  She was

15   checking prices with other attorneys to see about the

16   cost.  And I suggested that she allow a Court appointed

17   attorney, Ms. Montanaro does not have (inaudible)...

18   THE COURT:  Thank you very much.  (Inaudible)

19   help from the grave.  Don Spurrell, are you there?

20   MR. SPURRELL:  I am, Your Honor.

21   THE COURT:  I appoint you to represent Ms.

22   Montanaro.

23   MR. SPURRELL:  Yes, Sir.

24   THE COURT:  And where is Ms. Montanaro,

25   Marshal?

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1    MARSHAL:  Greene County.

2    THE COURT:  Greene County, Mr. Spurrell.

3    MR. SPURRELL:  Thank you.

4    THE COURT:  You're welcome.  Okay.  Mr.

5    Brandon Miller, do you want a lawyer?

6    MR. B. MILLER:  Yes, Sir.

7    THE COURT:  Can you afford one?

8    MR. B. MILLER:  No, Sir.

9    THE COURT:  Is your financial Affidavit

10   correct?

11   MR. B. MILLER:  Yes, Sir.

12   THE COURT:  Mr. Hanor, where are you?  There

13   he is.  Mr. Mark Hanor is your lawyer.  And Mr.

14   Tullock, do you want a lawyer?

15   MR. TULLOCK:  Yes, Sir.

16   THE COURT:  You're a truck driver?

17   MR. TULLOCK:  Yes, Sir.

18   THE COURT:  Well, it looks like by, Mr.

19   Tullock, at the end of the month after payment of your

20   medical bills and loans and credit bills, you got any

21   money left?

22   MR. TULLOCK:  At the end of the month after I

23   made all my payments?

24   THE COURT:  Yes.

25   MR. TULLOCK:  A little bit.

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1          THE COURT:  What's a little bit?

2          MR. TULLOCK:  (Inaudible).

3          THE COURT:  I think you qualify Mr. Tullock.

4    You earn a pretty nice living but you also, what's your

5    medical bills total?  I know you say you pay about

6    $1,300.00 a month on them but what's your best estimate

7    of the total amount?

8          MR. TULLOCK:  (Inaudible).

9          THE COURT:  Is that all?  This says $1,300.00

10   a month...

11         MR. TULLOCK:  (Inaudible).

12         THE COURT:  Oh, you have to go every month,

13   month in month out?

14         MR. TULLOCK:  (Inaudible).

15         THE COURT:  Alright.  Well, Mr. Reach?

16         MR. REACH:  Yes, Your Honor, I'm here.

17         THE COURT:  Mr. Eric Reach is your lawyer Mr.

18   Tullock and where is Mr. Tullcok?

19         MARSHALL:  Greene County.

20         THE COURT:  Greene County.  Alright.  Let's

21   see, I should have done this as we did this and I

22   didn't.  I apologize, we're going to have to do it now.

23   Mr. Moore, would you please enter a plea on behalf of

24   Mr. Rogers?

25         MR. MOORE:  Not guilty, Your Honor.

1   THE COURT:  Ms. Mohr, on behalf of Mr. Sharp?

2   MS. MOHR:  Not guilty, Your Honor.

3   THE COURT:  Ms. Waters on behalf of Mr.

4   Black?

5   MS. WATERS:  Not guilty, Your Honor.

6   THE COURT:  Mr. Fairchild on behalf of Ms.

7   Roberts?

8   MR. FAIRCHILD:  Not guilty, Your Honor.

9   THE COURT:  Mr. Rasnic on behalf of Mr.

10  Loveday, Sr.?

11  MR. RASNIC:  Not guilty, Your Honor.

12  THE COURT:  Ms. Jelovsek on behalf of Mr.

13  Richardson?

14  MS. JELOVSEK:  Not guilty, Your Honor.

15  THE COURT:  Mr. Bolton on behalf of Mr.

16  Langford?

17  MR. BOLTON:  Not guilty, Your Honor.

18  THE COURT:  Mr. Dickert on behalf of Mr.

19  Parker?

20  MR. DICKERT:  Not guilty.

21  THE COURT:  Mr. Blackwell on behalf of Mr.

22  Cox?

23  MR. BLACKWELL:  Your Honor, not guilty.

24  THE COURT:  Thank you.  Mr. Fabus on behalf

25  of Mr. Loveday, Jr.?

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1     MR. FABUS:  Not guilty, Your Honor.

2     THE COURT:  Mr. Sears on behalf of Mr.

3 Bridges?

4     MR. SEARS:  Not guilty, Your Honor.

5     THE COURT:  Mr. Martin on behalf of Mr.

6 Miller?

7     MR. MARTIN:  Not guilty, Your Honor.

8     THE COURT:  Okay.  Mr. Spurrell on behalf of

9 Ms. Montanaro?

10     MR. SPURRELL:  Not guilty.

11     THE COURT:  Thank you.  Mr. Hanor on behalf

12 of Mr. Miller?

13     MR. HANOR:  Not guilty, Your Honor.

14     THE COURT:  Mr. Reach on behalf of Mr.

15 Tullock?

16     MR. REACH:  Not guilty, Your Honor.

17     THE COURT:  Okay, lawyers, we still, as you

18 heard Ms. Hebets say a moment ago, there's a few people

19 out, some of them on (inaudible).  They won't be here

20 for a spell.  There is absolutely, it would be a

21 pointless exercise to set any dates under those

22 circumstances since they would be promptly undone as

23 each new Defendant successively appears.  So we will

24 not set any dates until the last one appears which I

25 hope is in fairly short order.  Next issue, of course,

1   is The Government's position regarding Pre-Trial

2   release or Pre-Trial detention with respect to each

3   Defendant.  Ms. Hebets, what's your position?

4           MS. HEBETS:  Your Honor, The United States is

5   requesting detention for each of the Defendants present

6   in Court today.

7           THE COURT:  Based on the presumption?

8           MS. HEBETS:  Yes, Your Honor.

9           THE COURT:  Ms. Hebets, in your opinion, how

10  many can we handle at one sitting?

11          MS. HEBETS:  It depends on how long you want

12  to sit.

13          THE COURT:  I asked for it, I got it.  Is

14  three or four per Hearing reasonable?

15          MS. HEBETS:  That's what I was thinking, Your

16  Honor, three or four would be a good way to break this

17  up.

18          THE COURT:  Okay.  Okay.  And doing three or

19  four how long do you think they would take?  I'm just

20  asking you for your best guess, that's all?

21          MS. HEBETS:  An hour and a half, two hours

22  for three or four.

23          THE COURT:  Okay.  Let's err on the liberal

24  side, two hours.  Okay.  Lawyers, let me look to see?

25  I have Monday available, Ms. Hebets, can you, I know

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

what Monday does to the US Attorney's Office but I may

need somebody to help me out here.

MS. HEBETS:  I will see if I can find

somebody.  I'm in Court with Judge Jordan almost all

day on Monday.  I will do my best to get another US

Attorney here.

THE COURT:  Okay.

MR. TIM MOORE:  Your Honor, on behalf of Mr.

Rogers I talked to probation, they indicated Monday

they could have the report done, so.  If we could do

it, if that's the earliest we could do it...

THE COURT:  Well, any earlier would be right

now, I guess.

MR. TIM MOORE:  Well, I'm not sure

probation's, if they can have the report ready this

afternoon?

UNKNOWN:  We can have it ready this afternoon

(inaudible)...

THE COURT:  What's your position, Ms. Hebets?

MS. HEBETS:  I don't mind doing it this

afternoon.  I'll have to, it affects my schedule but

I'm happy to do what The Court needs me to do.

THE COURT:  Well, I'm not trying to ram it

down anybody's throat.  I'm just trying to see what

we've got to work with.

1    MS. HEBETS:  It would be easier to do it next

2  week.

3    MR. MOORE:  We'd rather do it this afternoon,

4  Your Honor.  The earlier the better and I've got a

5  Change of Plea with Judge Greer first thing Monday

6  morning.  I'm subpoenaed for a Post-Conviction over in

7  Cocke County for all week next week anyhow.

8    THE COURT:  Well, of course I'm going to have

9  more than Monday available, that's just one day I've

10  got available.  I've got most of Tuesday available.

11  Well, I've got...

12    MR. RASNIC:  Your Honor, this is Joe Rasnic.

13  Tuesday is the only day that I am available next week.

14  So Tuesday afternoon would work for me if that suits

15  The Court.

16    THE COURT:  Hold on.  Keep that thought.

17  Alright.  Here's what I've got.  All day Monday,

18  Tuesday from, the window between ten o'clock and 1:30.

19    UNKNOWN:  I'm available then, Your Honor.

20    THE COURT:  I'm just, nobody tell me what

21  they got available.  I got enough trouble knowing what

22  I got available.  Wednesday afternoon meaning 1:30

23  onward, and Thursday I got the window between, well ten

24  o'clock through the rest of that day.  Okay?  So let's

25  see here?

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1          MR. BLACKWELL:  Your Honor, it's Guy

2    Blackwell.  Can I ask a couple of questions that may

3    help?

4          THE COURT:  Yes, Sir.

5          MR. BLACKWELL:  First question is since there

6    are Defendants apparently in custody that are not there

7    and one Defendant that is not in custody is not there,

8    will the indictments be (inaudible)?

9          THE COURT:  I don't know.

10         MS. HEBETS:  No, not until the...

11         THE COURT:  No.

12         MS. HEBETS:  ...last Defendant is arrested.

13         MR. BLACKWELL:  Okay.

14         THE COURT:  Apparently we got somebody that's

15   out that's out that's not ready.

16         MR. BLACKWELL:  And the second question would

17   be on the Pre-Trial Services Reports, those of us that

18   aren't physically there obviously it's going to make a

19   difference to see the criminal history and some of the

20   background in deciding whether we need a Hearing, what

21   position can be made to get those Pre-Trial Reports to

22   us hopefully today?

23         OFFICER:  May I approach the bench, Sir?

24         THE COURT:  Officer Dedrick is headed toward

25   the microphone.

1    OFFICER DEDRICK:  No, Sir, I would like to

2  head to you if it's okay?

3    THE COURT:  Oh, you're heading to me.

4    OFFICER:  Please, Sir?

5    THE COURT:  Alright.  Mr. Blackwell, Officer

6  Dedrick advises me to advise you that your client has

7  no criminal history showing on NCIC.

8    MR. BLACKWELL:  Okay.  Thanks, Your Honor.

9    THE COURT:  You're welcome.  Attorneys, those

10  of you that represent Sharp, Roberts, Cox and

11  Tullock...

12    MS. HEBETS:  Your Honor, we're available

13  either Wednesday afternoon or any time Thursday.

14    THE COURT:  What about today?

15    UNKNOWN:  Today?  I don't think we can do

16  today.

17    THE COURT:  Alright.  That takes off Mr.

18  Sharp.  What about Roberts, Cox and Phillips?  I'm just

19  asking, this a suggestion of Officer Dedrick.

20    MR. REACH:  Your Honor, I possibly could do

21  it later this afternoon.  I have got to go to Claiborne

22  County and come back then Tuesday is the only other day

23  I could do it.

24    THE COURT:  Well, let's see, what about

25  Tuesday at ten o'clock?

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1          MR. REACH:  That will be fine, Your Honor.

2          THE COURT:  So Mr. Tullock's Detention

3   Hearing is Tuesday at ten o'clock.  Mr. Cox, who

4   represents Mr. Cox?

5          MR. BLACKWELL:  Your Honor, it's Guy

6   Blackwell again, I do, I could do it any time on

7   Monday, well, actually any time afternoon on Monday.

8          THE COURT:  1:30?

9          MR. BLACKWELL:  Yes, Sir.  That's fine.

10         MR. FAIRCHILD:  Your Honor, Jefferson

11  Fairchild for Ms. Roberts, Monday at 1:30 would work

12  with my schedule.

13         THE COURT:  Alright.  Let's see, Mr. Mohr, as

14  far as Mr. Sharp is concerned, what did you suggest?

15         MS. MOHR:  (Inaudible), Your Honor, looking

16  again we could do Monday at 1:30 also.

17         THE COURT:  We made the offer Officer

18  Dedrick, that's all we can do.  Okay, Detention

19  Hearings for Cox, Roberts, Sharp, 1:30 on Monday.  For

20  Tullock, 10:00 on Tuesday.  Let's see.  What about Mr.

21  Black, Ms. Waters?

22         MS. WATERS:  Your Honor, I'm available on

23  Monday morning.

24         THE COURT:  Nine o'clock?

25         MS. WATERS:  At nine o'clock.

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1    THE COURT:  Alright.  Let's see, Mr. Moore,
2    what about Mr. Rogers?
3         MR. MOORE:  I understand we could do it this
4    afternoon.
5         UNKNOWN:  (inaudible).
6         THE COURT:  Ms. Hebets?
7         MS. HEBETS:  Your Honor, again it conflicts
8    with something I'm supposed to be doing this afternoon
9    but I will be here and do it if that's the best date
10   that works for that Defendant.
11        THE COURT:  Okay.  Thank you.  Let's just do
12   it this afternoon then, one o'clock.  (Inaudible).
13   Alright.  Mr. Rasnic, on behalf of Mr. Loveday?
14        MR. RASNIC:  Your Honor, I can do Monday
15   afternoon if that's still available.
16        THE COURT:  It's, we just maxed it out.
17        MR. RASNIC:  Well...
18        THE COURT:  I don't, that's what I say,
19   you're the last one.  Anybody else in this room have to
20   have Monday afternoon?  Okay.  Monday afternoon it is
21   Mr. Rasnic.
22        MR. RASNIC:  Thank you, Your Honor, what time
23   would that be?
24        THE COURT:  1:30.
25        MR. RASNIC:  Alright.  Thank you, Sir.

1          THE COURT:  Okay.  What about Mr. Richardson,

2     Ms. Jelovsek?

3          MS. JELOVSEK:  Your Honor, I, Tuesday any of

4     (inaudible) you said or Thursday morning at 10:00.

5          THE COURT:  I had a little bit of difficulty

6     understanding you, say again?

7          MS. JELOVSEK:  Tuesday any time or Thursday

8     morning at 10:00.

9          THE COURT:  What about Tuesday at 1:30?

10          MS. JELOVSEK:  That's fine.

11          THE COURT:  Mr. Bolton, what about Mr.

12     Langford?

13          MR. BOLTON:  What was my options again, Your

14     Honor, for Mr. Langford?

15          THE COURT:  Monday morning, Tuesday morning

16     and Tuesday afternoon, Wednesday afternoon, Thursday

17     morning and afternoon.

18          MR. BOLTON:  Thursday morning would be ideal,

19     Your Honor.

20          THE COURT:  Thursday morning would be ideal.

21     So ten o'clock?

22          MR. BOLTON:  Thank you.

23          THE COURT:  That's ten o'clock on Thursday.

24     Mr. Dickert, what about Mr. Parker?

25          MR. DICKERT:  Tuesday afternoon if that's

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1    available?

2              THE COURT:  It is.  And Jayson Cox...

3              MR. DICKERT:  Is that 1:30, Your Honor?

4              THE COURT:  ...is set, 1:30 on Monday.  I'm

5    sorry?  1:30, Yes, Sir.

6              MR. DICKERT:  1:30 Tuesday, right?

7              THE COURT:  1:30 on Tuesday.  Okay.  Let me

8    see, Mr. Loveday, Sr., is at 1:30 on Monday so now

9    we're talking about Mr. Loveday, Jr.

10             MR. FABUS:  Tuesday at 1:30.

11             THE COURT:  What did you say Mr. Fabus?

12             MR. FABUS:  Tuesday at 1:30.

13             THE COURT:  Thank you.  Mr. Sears, what about

14   Mr. Bridges?

15             MR. SEARS:  Wednesday afternoon, Thursday or

16   Friday, Your Honor.

17             THE COURT:  Friday is not even available.

18   What was your other choice?

19             MR. SEARS:  Wednesday afternoon or Thursday,

20   Your Honor.

21             THE COURT:  What about Wednesday afternoon?

22             MR. SEARS:  ...Your Honor, 1:30?

23             THE COURT:  1:30.  Mr. Martin, what about...

24             MR. MARTIN:  May it be set for Thursday at 10

25   o'clock, Your Honor?

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1    THE COURT:  That will be fine.

2    MR. MARTIN:  Thank you, Your Honor.

3    THE COURT:  Alright.  What about Ms.

4    Montanaro,  Mr. Spurrell?

5    MR. SPURRELL:  As early as possible, Your

6    Honor.

7    THE COURT:  That would be Monday morning at

8    nine o'clock.

9    MR. SPURRELL:  If that works with your

10   schedule, Your Honor, it works with mine.

11   THE COURT:  It does.  Brandon Miller, Mr.

12   Hanor?

13   MR. HANOR:  Your Honor, I'm available Monday

14   morning.

15   THE COURT:  Monday morning nine o'clock.  Mr.

16   Tullock is set for Tuesday morning at ten o'clock.

17   UNKNOWN:  Your Honor, I didn't realize Monday

18   morning was open, can you bump me to Monday morning

19   (inaudible)?

20   THE COURT:  Say it again?

21   UNKNOWN:  I didn't realize Monday morning was

22   still open, I thought Monday had closed out.  Can you

23   bump, can you move me from 1:30 on Wednesday to Monday

24   morning?

25   THE COURT:  Yes, Sir.

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1    UNKNOWN:  Thank you.

2    THE COURT:  Alright.  Let's check all these

3  lawyer, all these?  Monday morning at 9:00 o'clock,

4  Black, Montanaro, Miller and Bridges.  Monday afternoon

5  at 1:30, Cox, Roberts, Sharp, Loveday, Sr.  Tuesday at

6  10:00, Tullock.  Tuesday at 1:30, Richardson, Parker,

7  Loveday, Jr.  Wednesday afternoon 1:30, nobody.

8  Thursday at 10:00 Langford and Miller.  That it?  Any

9  corrections, additions, deletions?  Alright.

10  (Inaudible).

11    MR. MOORE:  Your Honor, may I approach?

12    THE COURT:  Yes, Sir.  Ms. Hebets?

13    MS. HEBETS:  Yes, Your Honor?

14    THE COURT:  Okay.  Oh, my goodness.

15  Alright.

16    UNKNOWN:  Your Honor, I have one final

17  question.  Does the US Attorney's Office know if this

18  is going to be superceded at some point (inaudible)...?

19    THE COURT:  I'll let Ms. Hebets answer that

20  question for you privately.  I don't need to know it

21  right now.  The lawyers, with respect to these

22  Detention Hearings, if you, after consulting with your

23  client and reviewing the Pre-Trial Report and

24  recommendation of the United State Probation Office

25  determine that waiver of a Detention Hearing is an

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1  appropriate thing to do, please let my office and the

2  Clerk's office know ASAP.  Save the Marshals, if nobody

3  else, a lot of trouble.

4          OFFICER DEDRICK:  (Inaudible).

5          THE COURT:  Officer Dedrick just told me that

6  if any of you would like to call the probation office

7  this afternoon they would be glad to discuss with you

8  criminal history and other salient information in that

9  regard.  Do it this, well, (inaudible) Casey Seals so

10  ACF will accomplish nothing as far as filing a waiver.

11  (Inaudible).  Well, I prefer a phone call.  If you do

12  elect to waive the Hearing call, please?  Would you all

13  do that for us, please?

14

15  (ALL ATTORNEYS ANSWERED YES)

16

17          THE COURT:  Thank you.  I've got, (inaudible)

18  these (inaudible) prepare orders on.  Alright.

19  Lawyers, anybody, any questions?

20          MR. MARTIN:  Your Honor, Charles Martin.

21          THE COURT:  Yes, Sir.

22          MR. MARTIN:  What is the case number, please?

23          THE COURT:  11-CR-81.

24          MR. MARTIN:  Thank you, Your Honor.

25          THE COURT:  Anything else?

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1          MR. MARTIN:  No, Sir.

2          THE COURT:  Okay.  If there's nothing else

3    let's stand in recess until 11:30.

4          CLERK:  All rise.  The Court stands in

5    recess.

6

7

8    THIS CONCLUDES THE INITIAL APPEARANCE & ARRAIGNMENT AS

9    PRESENTED IN THIS MATTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Barringer Court Reporting**
**P.O. Box 8035, Gray, TN - 423-477-7844**

1    CERTIFICATE

2        I, C.D. Neal, Notary Public and Court

3    Reporter, hereby certify that the foregoing is a true

4    and complete transcript of the Initial Appearance &

5    Arraignment as heard in the aforementioned case on the

6    16th of September, 2011.

7        WITNESS my hand and official seal at office

8    at Gray, Tennessee, this the 6th of February, 2013.

9

10

11

12

13

14                              By: 

15                        NOTARY PUBLIC

16

17   My Commission Expires:  October 24, 2016

18

19

20

21

22

23

24

25

**Barringer Court Reporting**
**P.O. Box 8035, Gray, TN - 423-477-7844**