1           UNITED STATES DISTRICT COURT

2           EASTERN DISTRICT OF TENNESSEE

3                  AT GREENEVILLE

4

5    UNITED STATES OF AMERICA,

6

7              PLAINTIFF,

8

9    VS                        NO:  2:11-CR-81

10

11   WILLIAM H. MCMAHAN, JR.

12   ET AL,

13

14              DEFENDANTS.

15

16

17           SCHEDULING CONFERENCE

18      HONORABLE DENNIS H. INMAN, PRESIDING

19         AS HEARD ON NOVEMBER 1, 2011

20

21

22

23

24

25

**Barringer Court Reporting**
**P.O. Box 8035, Gray, TN - 423-477-7844**

1    APPEARANCES:

2    THE GOVERNMENT:      CARYN L. HEBETS, ESQ.

3

4    FOR DEFENDANTS:

5    WILLIAM H. MCMAHAN, JR.: EDWARD HOLT, ESQ.

6    BUFORD W. ROGERS:     K. BOLTON, ESQ.

7    LEE R. SHARP:        ANDREA MOHR, ESQ.

8    RODNEY M. SETTLES:    MARSHA M. ARNURIUS, ESQ.

9    AUDREY J. JINKS:      R. ALEXANDER BROWN, ESQ.

10   RICHARD H. BLACK:     KARMEN L. WATERS, ESQ.

11   JOYCE A. ROBERTS:     JEFFERSON B. FAIRCHILD, ESQ.

12   VICTOR L. LOVEDAY, SR.: JOSEPH W. RASNIC, ESQ.

13   DANNY L. RICHARDSON:   SANDRA B. JELOVSEK, ESQ.

14   ROBBIE L. LANGFORD:   J. MATTHEW BOLTON, ESQ.

15   CHARLES T. PARKER:    ROBERT B. DICKERT, ESQ.

16   DALLAS B. PARSLEY:    RUSSELL T. GREEN, ESQ.

17   BILLY C. GIBSON:      L. DUDLEY SENTER, III, ESQ.

18   JAYSON D. COX:       GUY W. BLACKWELL, ESQ.

19   MONICA M. DENTON:     K. BOLTON, ESQ.

20   TERRY W. MILLER:      CHARLES R. MARTIN, ESQ.

21   MELONIE A. MONTANARO:  DONALD E. SPURRELL, ESQ.

22   BRANDON L. MILLER:    MARK S. HANOR, ESQ.

23   RODNEY E. TULLOCK:    ERIC REACH, ESQ.

24

25

1    This cause came on to be heard on this the

2    1st of November, 2011 in the United States District

3    Court, Eastern District of Tennessee at Greeneville,

4    before the Honorable Dennis H. Inman.  Present and

5    representing the Plaintiff was Ms. Caryn L. Hebets.

6    Counsel for Defendants are present via conference call

7    and in Courtroom.  Recording was not taken by Barringer

8    Court Reporting.

9

10   The following matters were presented,

11   to-wit:

12

13   CLERK:  Case number 2:11-CR-81 United States

14   of America Versus William H. McMahan, Jr., et al.

15   THE COURT:  Alright.  Everyone seen or know

16   of the trial dates, available trial dates?

17   UNKNOWN:  Will you go over those one more

18   time I missed one of them?

19   THE COURT:  What did he say?

20   MS. HEBETS:  Could you go over those one more

21   time?

22   THE COURT:  Okay.  January, we've got people

23   in custody, don't we, Ms. Hebets?

24   MS. HEBETS:  Yes.

25   THE COURT:  January 3rd, 5th, 10th, 12th,

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1    17th, 18th, 25th.  Hearing nothing may I suggest

2    January 18th?

3              MR. DICKERT:  Judge, this is Robert Dickert,

4    I would prefer, since I already have several things

5    scheduled that week, that it commence on the 25th?

6              THE COURT:  Alright.  Anyone have any

7    problems with January 25th?

8              MR. RASNIC:  Judge, this is Joe Rasnic.  I

9    have a State trial that begins on that day.

10             MR. HOLT:  On behalf of Mr. McMahan, January

11   the 25th, we have a State trial beginning that day, Mr.

12   Bell (phonetically) and I do.

13             THE COURT:  Alright.  January 12th?

14             MR. HANOR:  Your Honor, this is Mark Hanor, I

15   have a conflict that date.

16             MR. DICKERT:  This is Robert Dickert, I do

17   too.  I have a sentencing in this Court and two, two

18   sentencings in two different State Courts.

19             THE COURT:  Okay, people.  January 10th?

20             MS. HEBETS:  Your Honor, The United States is

21   currently scheduled for a trial starting January 9th

22   that's going to go until...

23             UNKNOWN:  Judge, we also have matters that

24   day.

25             THE COURT:  What kind of matters do you have?

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1    UNKNOWN:  Well, we have, we have a State

2    trial, <u>The State Versus Norris</u>, I believe it's in Roane

3    (phonetically) County that day.

4            THE COURT:  Alright.  January 3?

5            MR. HANOR:  Your Honor, this is Mark Hanor, I

6    have a trial scheduled that afternoon.

7            THE COURT:  What Court?

8            MR. HANOR:  Virginia State Court in Abingdon,

9    Virginia.

10           THE COURT:  January 5?  January 5 is the

11   trial date.

12           UNKNOWN:  Oh, gosh, okay.

13           THE COURT:  Okay.  Happy New Year to

14   everyone.  Pre-Trial Conference and Motion Hearing,

15   Discovery ready to go?

16           MS. HEBETS:  It will be sent out today or

17   tomorrow, Your Honor.

18           THE COURT:  Thank you.  Mr. Brown, I just set

19   your trial date for January 5.  That's Mr. Jefferson

20   Fairchild.  I still set Mr. Brown's trial for January

21   5.  Goodness, we have 21 Defendants, good grief.

22   (Inaudible).  I hate that holiday.  November, what we

23   can do on our Pre-Trial Conference, Motion Hearing

24   dates, I'd like to split these up.  Keep them

25   manageable.  Monday, November the 28th, Tuesday the

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1    29th, 30th, and 1st and 2nd of December, through that

2    week.  Let's stay off Monday if we can.  (Inaudible).

3    Alright.  Defendant McMahan, which of those three days?

4              MR. HOLT:  The 28th or the 29th, Your Honor.

5              THE COURT:  29th at nine o'clock.

6              MR. MARTIN:  Your Honor, I have, this is

7    Charles Martin, I have a Deposition in a civil case, so

8    and I represent Terry Miller, so I would ask for

9    another date.

10             THE COURT:  Well, I gave you three dates.

11   Why are you assuming I'm trying to cram you on the

12   29th?

13             MR. MARTIN:  I'm sorry, Your Honor,  28th,

14   29th and 30th, were those there three dates?

15             THE COURT:  29th, 30th and December 1.

16             MR. MARTIN:  December 1, yes, Your Honor...

17             THE COURT:  Let me take these by order or

18   I'll never keep these straight.  McMahan is going to be

19   on the 29th at nine o'clock.  Buford Rogers?  Ms.

20   Bolton?

21             MS. K. BOLTON:  Any date would be okay.

22             THE COURT:  Any date would be okay.  Boy I

23   love to hear that.  That's music to my ears.  Okay.

24   Wednesday November 30 at nine o'clock.  Okay, Lee

25   Sharp.  Mr. Gregory Isaacs and Andrea Mohr, Thursday,

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1    December 1.  And these are all nine o'clock until I say

2    otherwise.  Rodney Settles?

3              MS. ARNURIUS:  Yes, Your Honor, is the 28th

4    at nine o'clock.

5              THE COURT:  I don't, I haven't made, Ms.

6    Hebets, can you function on Monday the 28th?

7              MS. HEBETS:  I can make that work.

8              MS. ARNURIUS:  I'm sorry, Your Honor. I

9    thought the 28th was an available date, if not the 29th

10   is fine.

11             THE COURT:  Okay.  Let's go with the 29th

12   then.  Settles is on the 29th, Tuesday at nine o'clock.

13   Audrey Jinks is going to be on November the 30th at

14   nine o'clock.  Richard Black?

15             MS. WATERS:  Your Honor, the 29th.

16             THE COURT:  Alright.  Joyce Roberts, Mr.

17   Fairchild?

18             MR. FAIRCHILD:  Your Honor, any date that...

19             THE COURT:  What about December 1?

20             MR. FAIRCHILD:  That's fine with me.

21             THE COURT:  Victor Loveday?

22             MR. RASNIC:  Senior or Junior?

23             MS. HEBETS:  Senior.

24             MR. RASNIC:  Senior, Your Honor, December

25   1st.  This is Joe Rasnic.

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1     THE COURT:  I'm sorry, I was looking for

2 Rasnic Senior and I said when did that change on me?

3 Yeah, Loveday, Sr?

4     MR. RASNIC:  December 1st if it's alright,

5 Your Honor.

6     THE COURT:  That will be fine.  Loveday, Sr.

7 December 1.  Okay.  Richardson?

8     MS. JELOVSEK:  Your Honor, could I have the

9 29th?

10     THE COURT:  You sure could.  Langford?

11 Langford will be on the 30th, Ms. Lamb.  Okay.  Okay.

12 Now Mr. Dickert, I'm thinking about setting up a 1:30

13 docket on any of these three days, would that interest

14 you?

15     MR. DICKERT:  That would be fine, Your Honor.

16 How about the 1st?

17     THE COURT:  That will be fine.  So Mr. Parker

18 will be on December 1 at 1:30.  Parsley?

19     MR. GREEN:  Your Honor, I can do the 28th,

20 29th or 30th.

21     THE COURT:  I haven't opened up the 28th yet

22 so, but I'm sorry what did you say about the other

23 dates?

24     MR. GREEN:  29th or the 30th.

25     THE COURT:  What about the 30th at 9:00?

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1    MR. GREEN:  That's fine, Your Honor.

2    THE COURT:  Parsley will be on the 30th of

3    November at nine o'clock.  Gibson, Mr. Senter, is he on

4    the phone with us?  He's not on the phone with us.  So

5    Mr. Gibson, what should I do with Mr. Gibson?  I shall

6    place Mr. Gibson on Thursday, December 1 on the nine

7    o'clock docket.  Cox, Mr. Blackwell?

8    MR. BLACKWELL:  Good morning, Your Honor.

9    Any day will do.

10   THE COURT:  Any day will do.  Shall I put you

11   on the December 1 at 1:30?

12   MR. BLACKWELL:  That sounds good.

13   THE COURT:  Okay.  Thanks.  Let's see,

14   Defendant Denton, Ms. Bolton, you're doing double duty

15   today, aren't you?

16   MS. BOLTON:  Yes, Sir.  Any date.

17   THE COURT:  Let's try Thursday, December 1 at

18   1:30.  Okay.  Mr. Martin, now you're on.

19   MR. MARTIN:  Thursday, December the 1st at

20   1:30, please, Your Honor?

21   THE COURT:  Okay.  So Terry Miller's Hearing

22   is December 1 at 1:30.  Montanaro, Mr. Spurrell?  Ms.

23   Hebets, you got enough feel for this at this early

24   stage to tell me when I'm pushing the envelope too far

25   on the number of people set on any given date?

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1           MS. HEBETS:  No, Your Honor, I think that

2    December 1 at nine o'clock would be a great time to put

3    Ms. Montanaro.

4           THE COURT:  At what time?

5           MS. HEBETS:  Nine o'clock.

6           THE COURT:  December 1 at nine o'clock.

7           MS. HEBETS:  Yes.

8           THE COURT:  Mr. Hanor, what about your client

9    Mr. Miller?

10          MR. HANOR:  Any date is fine except for

11    December 1 at nine o'clock.

12          THE COURT:  Okay.  What about November the

13    29th at nine o'clock?

14          MR. HANOR:  That would be fine, Your Honor.

15          THE COURT:  And lastly, Mr. Reach, on behalf

16    of your client, Mr. Tullock?

17          MR. REACH:  Yes, Your Honor, can we do either

18    the 29th or the 1st at 1:30?

19          THE COURT:  Yes, what about December 1 at

20    1:30?

21          MR. REACH:  That will be fine, Your Honor.

22          THE COURT:  Okay.  That's it, isn't it?  Let

23    me go over these now folks just so, this gets

24    complicated and I'm easily confused.  Alright.  The

25    following individuals are set on Tuesday, November the

1   29th at nine o'clock, McMahan, Settles, Black,

2   Richardson, Miller.

3            MS. HEBETS:  Brandon Miller.

4            THE COURT:  We got two Millers?

5            MS. HEBETS:  Yes.

6            THE COURT:  Oh, see there, see there, yeah.

7   Thank you.  Who's the other Miller?

8            MS. HEBETS:  Terry Miller.

9            THE COURT:  Terry, okay.  Brandon Miller on

10  Tuesday the 29th at nine o'clock.  These folks are set

11  on Wednesday, November the 30th at nine o'clock,

12  Rogers, Jinks, Langford and Parsley.  These people are

13  set on December 1 which is a Thursday at nine o'clock,

14  Sharps, Roberts, Loveday, Sr., Gibson and Montanaro.

15  And these folks are set on December 1 at 1:30, Parker,

16  Cox, Denton, Terry Miller, Tullock.  Is that it?  Okay.

17  Great.  And your Motion cutoff for everybody, these are

18  only three days apart anyway, that's why you need to

19  get your Discovery ASAP lawyers.  I've got to telescope

20  this a little bit, so many Defendants here...

21            MS. HEBETS:  Your Honor, I just wanted to

22  bring something to The Court's attention.  I probably

23  should have mentioned this earlier.  Discovery is going

24  to consist of more than 80 discs, DVD discs and CD's.

25  So it is going to take, it is very well organized but

1    it is going to take some time for attorneys to get to

2    all of that stuff.

3            THE COURT:  Is it set up now on the disks so

4    that by use of some search term or whatever any given

5    lawyer can extricate from the disc what is immediately

6    applicable to his or her client?

7            MR. HEBETS:  Some of the discs you can, Sir.

8    Some of them are set up chronologically with, with the

9    person's, pertinent person's name identified so that

10   they can easily go through and look at what's on that

11   disk and see if their client is involved in any

12   activity that's referenced on it.

13           THE COURT:  Well, it's, it's not my, I don't

14   know if I'm going to places I shouldn't go or not.  And

15   I don't really understand it.  And it's not, I am not

16   trying to send business to any place for any reason but

17   I am, I understand that Thomas Farrow (phonetically),

18   former FBI agent and now private eye, has developed

19   some sort of software program where he will

20   differentiate Discovery amongst a host of Defendants

21   like that.  And I would invite Defense counsel to at

22   least get together briefly to discuss that.  I'm only

23   going to pay for that one time and I think that's what

24   Mr. Farrow holds out that he will do.  That he will do

25   that for all Defendants and so, put this huge Discovery

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1  in a manageable pile for each Defense lawyer.  It's

2  going to show up on, I guess, one Defendant's bill

3  unless you all split it among yourself, which I will

4  pay for that one time, not otherwise.  And once again,

5  I don't really understand it.  You're invited to talk

6  to Mr. Farrow to see how it works.  If you think it

7  will work.  He thinks it will work and insists that it

8  is ultimately a money saving device for the CJA Panel

9  and The Court because you're only paying for it one

10  time and all lawyers benefit from it.  But with that

11  said, get your Discovery fast lawyers because I'm

12  having to telescope this, got no choice.  Ms. Hebets

13  has got 21 Defendants she's going to have to file

14  responses to.

15           UNKNOWN:  Judge, I didn't hear it a minute

16  ago but is the Discovery available now?

17           THE COURT:  In a day or two.

18           UNKNOWN:  Okay.

19           THE COURT:  Wow.  Okay.  Your Discovery

20  cutoff is November the 18th.  Plea bargain cutoff is

21  December 22nd.  Okay.  Anything else we need to do as

22  far as this Scheduling Conference is concerned?  Yes,

23  Ma'am.

24           UNKNOWN:  May I ask a question, Your Honor,

25  and it goes back to the Discovery and I've, I've seen

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

Mr. Farrow's Discovery and it's excellent, I mean the way he organizes it is wonderful but for one client. I've not seen it for like when he would do it for, you know, everybody but I'm very interested in that because it certainly would save me hours and hours of going through everybody else's that I have no clue what, you know, who they are anyway. When you say you'll only pay for it once, does that mean that we all attorneys have to, all of us get together and do it?

THE COURT: Not necessarily and I'm, either all of you share it or one of your bear the brunt and it will be paid for in other words. But I'm not going to pay 100 percent of Mr. Farrow's cost two and three and four, up to 21 times. That's what I was trying to say.

UNKNOWN: Right, but if like half of us wanted to do it, the other have to do their own or something?

MR. HANOR: Your Honor?

THE COURT: Yes.

MR. HANOR: Mark Hanor, I have dealt with Mr. Farrow on the (inaudible) case where he did something similar and what he did was he kept track of his total time then he divided that time among the number of attorneys he helped. And so that way each attorney

1    paid for a portion of the total cost he spent

2    developing the software (inaudible)...

3              UNKNOWN:  That was my recollection also, Your

4    Honor.  And it came out to far less than, it just came

5    out to a very reasonable total cost.

6              THE COURT:  Yeah, that sounds like, does that

7    answer your question?

8              UNKNOWN:  I think so, Your Honor.  That would

9    be great.

10             THE COURT:  Yeah, and once again, I'm, it's,

11   I feel a little bit sheepish mentioning a private

12   investigator specifically like that but he has

13   developed this system which he considers proprietary, I

14   might point out.  And I don't understand what he does,

15   I just see the end result.  And like Ms. Jelovsek says,

16   it's helpful.  And we're also in the mode folks, you

17   know, Congress is getting plum stingy and that's where

18   your money comes from I hasten to point out.  I, I'm

19   getting, I'm almost to the point of having to pay you

20   with Chinese yen.  Anything else?  Okay.  Thank you all

21   very much.

22

23

24   THIS CONCLUDES THE SCHEDULING CONFERENCE AS PRESENTED

25   IN THIS MATTER

**Barringer Court Reporting**
P.O. Box 8035, Gray, TN - 423-477-7844

1        CERTIFICATE

2    I, C.D. Neal, Notary Public and Court

3 Reporter, hereby certify that the foregoing is a true

4 and complete transcript of the Scheduling Conference as

5 heard in the aforementioned case on the 1st of

6 November, 2011.

7    WITNESS my hand and official seal at office

8 at Gray, Tennessee, this the 6th of February, 2013.

9

10

11

12

13

14         By:

15        NOTARY PUBLIC

16

17 My Commission Expires:  October 24, 2016

18

19

20

21

22

23

24

25

**Barringer Court Reporting**
**P.O. Box 8035, Gray, TN - 423-477-7844**